UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Florian Martin, | No. 25-cv-494 (KMM/JFD) |
| Petitioner, | |
| v. | **ORDER ACCEPTING** |
| | **REPORT AND RECOMMENDATION** |
| Jared Rardin, Warden, | |
| Respondent. | |

---

This matter is before the Court on the June 23, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty. Dkt. No. 10. Judge Docherty recommends that the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed by Florian Martin be denied because Mr. Martin is subject to a final order of removal that makes him ineligible to apply any time credits under the First Step Act to obtain an earlier release date. *Id.* at 2–3 (citing 18 U.S.C. § 3632(d)(4)(E)(i)).

The deadline for submitting objections to the R&R was July 7, 2025. *See* D. Minn. LR 72.2(b) (providing 14 days to object to an R&R). Mr. Martin did not file objections by the deadline and none have been filed since the deadline passed. In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on this Court's careful review of the R&R and the record in this matter, the Court finds no error.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. No. 10) is **ACCEPTED**.

2. The petition for a writ of habeas corpus filed by Petitioner Florian Martin (Dkt. No. 1) is **DENIED**.

3. This matter is **DISMISSED WITH PREJUDICE**.

   **Let judgment be entered accordingly**.

Dated: August 12, 2025              *s/ Katherine Menendez*_____
                                    Katherine Menendez
                                    United States District Judge